Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT AMERICAN HONDA FINANCE CORPORATION** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff TROY A. GARCIA, by and through his counsel of record, MILES N. CLARK, ESQ. of the law firm KNEPPER & CLARK, LLC and Defendant AMERICAN HONDA FINANCE CORP., by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ,

///
///
///
///
///
///
///
///
///

1

1238336V.1

EDELMAN & DICKER, LLP, that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action be dismissed in its entirety, with prejudice, as to Defendant American Honda Finance Corporation. Each party is to bear its own attorneys' fees and costs.

Dated this 15th day of December, 2017.   Dated this 15th day of December, 2017.

**KNEPPER & CLARK, LLC**   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Miles N. Clark*   */s/ Chad C. Butterfield*
Miles N. Clark, Esq.   Chad C. Butterfield, Esq.
Nevada Bar No. 13848   Nevada Bar No. 10532
10040 W. Cheyenne Ave., Suite 170-109   300 South Fourth Street, 11th Floor
Henderson, NV 89129   Las Vegas, Nevada 89101
*Attorneys for Defendant American Honda Finance Corporation*

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff Troy A. Garcia*

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action is hereby dismissed in its entirety as to Defendant American Honda Finance Corporation, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated this ___18th___ day of ___December___, 2017.

_____
UNITED STATES DISTRICT JUDGE