Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Card Services)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01721-RFB-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>WELLS FARGO BANK, N.A. ONLY</u>** |

Plaintiff Troy A. Garcia and Defendant Wells Fargo Bank, N.A., through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to <u>WELLS FARGO BANK, N.A.</u> incorrectly sued as <u>WELLS FARGO CARD SERVICES</u>,** with prejudice. Each party shall bear its own attorneys' fees, and costs of suit.

///

///

///

///

///

Dated February 6, 2018

| **KNEPPER & CLARK, LLC** | **SNELL & WILMER L.L.P.** |
|---|---|
| By: */s/ Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 9086<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK, LLC<br>1004 W. Cheyenne Ave., Ste 170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff*<br>*Michael J. Stath* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |
| **GREENBERG TRAURIG, LLP** | **SNELL & WILMER L.L.P.** |
| By: */s/ Jacob D. Bundick*<br>Jacob D. Bundick, Esq.<br>Nevada Bar No. 9772<br>Michael R. Hogue, Esq.<br>Nevada Bar No. 12400<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400 N.<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Specialized Loan Servicing LLC* | By: */s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

# **ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A. is dismissed from this case, with prejudice.**

                                        **IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 8th day of February, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Card Services)*

- 3 -

**CERTIFICATE OF SERVICE**

On February 6, 2018, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4830-9595-5804