JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       bedkers@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01721-RFB-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME** <br><br> **THIRD REQUEST** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff Troy A. Garcia ("Plaintiff"), and Defendant Specialized Loan Servicing, LLC ("SLS"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the dispositive motion deadline by ten (10) days. At this time, the parties are not seeking an extension of any other discovery deadlines but reserve the right to request in the future. In support of this Stipulation and Request, the parties state as follows:

**A.    DISCOVERY COMPLETED TO DATE**

Presently, the active parties to this case are Plaintiff and Specialized Loan Servicing, LLC ("SLS"), and as such, the recitation of discovery shall be with respect to Plaintiff and SLS.

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

On October 6, 2017 Plaintiff served his initial disclosures;

On October 27, 2017 SLS served its initial disclosures;

On November 17, 2017 Plaintiff served his First Supplemental Disclosures;

On January 30, 2018 SLS served Request for Admissions, Request for Production of Documents and Interrogatories on Plaintiff;

On January 31, 2018 Plaintiff served Request for Admissions, Request for Production and Interrogatories of Documents on SLS;

On March 1, 2018 SLS served responses to Request for Admissions, Request for Production of Documents and Interrogatories, and Supplemental Disclosures;

On March 5, 2018 Plaintiff served responses to Request for Admissions, Request for Production of Documents and Interrogatories and Second and Third Supplemental Disclosures.

On March, 5, 2018 Plaintiff completed the 30(b)(6) deposition of SLS.

On March 9, 2018 SLS completed the deposition of Plaintiff.

**Specific Description of Discovery that Remains to be Completed**

1. No additional discovery is needed. However, the parties did not receive all transcripts from the depositions completed in early March 2018 until late March 2018 and the deadline for deponents to note any revisions to their depositions has not expired, preventing preparation of dispositive motions. Additionally, a motion to dismiss Plaintiff's complaint remains pending before the Court.

C. **Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1 and LR 26-4, that good cause exists for the requested extension. At this juncture, discovery has closed in this matter. The parties previously stipulated to extend pretrial deadlines to allow the completion of discovery. While the parties had originally expected to file dispositive motions by the present deadline, scheduling conflicts and personal emergencies have delayed preparation of said motions. The requested extension of the dispositive motion deadline is to permit the parties to prepare appropriate dispositive motions. The parties are bringing this request now because they did not know at least twenty-one (21) days prior to the pending dispositive motion deadline that such complications would arise.

- 2 -

In order to have the necessary time to prepare appropriate dispositive motions, the parties request a ten (10) day extension of the dispositive motion deadline. This is their third request to extend the deadline to file dispositive motions.

**D.     Proposed Discovery Deadlines**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | Expired | Same |
| Deadline to Amend Pleadings | Expired | Same |
| Deadline to Disclose Initial Experts | Expired | Same |
| Deadline to Disclose Rebuttal Experts | Expired | Same |
| Dispositive Motions | May 4, 2018 | May 14, 2018 |
| Pre-Trial Order | June 4, 2018 | June 14, 2018 |

/ / /  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

/ / /

/ / /

- 3 -

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 1st day of May, 2018. | DATED this 1st day of May, 2018 |
| GREENBERG TRAURIG, LLP | KNEPPER & CLARK LLC |
| /s/ Michael Hogue | /s/ Miles N. Clark |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>MICHAEL HOGUE, ESQ.<br>Nevada Bar No. 12400<br>3773 Howard Hughes Parkway, Suite 400 N<br>Las Vegas, NV 89169<br>*Counsel for Defendant*<br>*Specialized Loan Servicing, LLC* | MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>*Counsel for Plaintiff Troy A. Garcia* |

## SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: 5-1-2018

- 1 -

LV 421137809v1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on May 1, 2018, a copy of the foregoing **STIPULATION FOR EXTENSION OF TIME (THIRD REQUEST)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| **Attorneys for Plaintiff, Troy A. Garcia**<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Matthew.knepper@knepperclark.com<br>Miles.clark@knepperclark.com<br><br>David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com | |
| **Attorneys for Equifax Information Services, LLC**<br>Bradley T. Austin<br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>baustin@swlaw.com | |

*Natalie Young*
An employee of GREENBERG TRAURIG, LLP

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 421137809v1