JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
        bedkers@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01721-RFB-VCF <br><br> **STIPULATION TO CONTINUE DEADLINE TO FILE OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COME NOW, Plaintiff Troy A. Garcia ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

1. On May 14, 2018, Defendant filed its Motion for Summary Judgment [ECF No. 35] ("Defendant's Motion").

2. On May 14, 2018, Plaintiff filed his Motion for Partial Summary Judgment [ECF No. 37] ("Plaintiff's Motion" and, collectively with Defendant's Motion, the "Motions").

3. It has been determined that certain documents, specifically the Declaration of Michael Ward and the Declaration of Michael Hogue in Support of Defendant's Motion (the "Declarations"), were referenced but not served on Plaintiff.

- 1 -

4. This error was inadvertent and not the product of intentional conduct on the part of Defendant.

5. Upon discovery of the error, copies of the Declarations were immediately served on Plaintiff's counsel.

6. To avoid any prejudice to the parties and allow Plaintiff an adequate opportunity to review the Declarations, the parties agree to continue the current deadline for the parties to file their responses to the Motions from June 4, 2018 to June 25, 2018.

**IT IS SO STIPULATED.**

DATED this 29th day of May, 2018.      DATED this 29th day of May, 2018

GREENBERG TRAURIG, LLP      KNEPPER & CLARK LLC

| | |
|---|---|
| */s/    Michael Hogue* | */s/    Miles N. Clark* |
| JACOB D. BUNDICK, ESQ. | MATTHEW I. KNEPPER, ESQ. |
| Nevada Bar No. 9772 | Nevada Bar No. 12796 |
| MICHAEL HOGUE, ESQ. | MILES N. CLARK, ESQ. |
| Nevada Bar No. 12400 | Nevada Bar No. 13848 |
| 3773 Howard Hughes Parkway, Suite 400 N | 10040 W. Cheyenne Avenue, Suite 170-109 |
| Las Vegas, NV 89169 | Las Vegas, NV 89129 |
| *Counsel for Defendant* | |
| *Specialized Loan Servicing, LLC* | DAVID H. KRIEGER, ESQ. |
| | HAINES & KRIEGER, LLC |
| | Nevada Bar No. 9086 |
| | 8985 S. Eastern Avenue, Suite 350 |
| | Henderson, NV 89123 |
| | *Counsel for Plaintiff Troy A. Garcia* |

        **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of May, 2018.

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 421150826v1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on May 29, 2018, a copy of the foregoing **STIPULATION TO CONTINUE DEADLINE TO FILE OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

| **Attorneys for Plaintiff, Troy A. Garcia**<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>Knepper & Clark<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Matthew.knepper@knepperclark.com<br>Miles.clark@knepperclark.com<br><br>David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com | |

*Natalie Young*
An employee of GREENBERG TRAURIG, LLP

- 3 -

LV 421150826v1