# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TONY A. GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP,; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | 2:17-cv-01721-RFB-VCF<br>**ORDER**<br><br>FOURTH REQUEST FOR STIPULATION FOR EXTENSION OF TIME (ECF NO. 41) |

      Before the Court is Plaintiff Troy A. Garcia ("Garcia"), and Defendant Specialized Loan Servicing, LLC's ("SLS") stipulation and request for extension of the pre-trial order deadline. (ECF No. 41). For the reasons discussed below, the request is denied as moot.

      On May 1, 2018, the undersigned Magistrate Judge granted the parties' third stipulation for extension of time, extending the dispositive motion deadline. (ECF No. 34). Beginning on page 3, line 15, the order states that "[i]f dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order." (ECF No. 34 at 3).

      Both parties filed dispositive motions in the matter on May 14, 2018. (ECF Nos. 35, 37). On May 30, 2018, Judge Richard F. Boulware granted the parties' request to extend the time to respond to these motions to June 25, 2018. (ECF No. 44). On May 25, 2018, the parties filed this stipulation with the Court requesting an extension of the pre-trial order deadline until thirty (30) days after a ruling on the parties' dispositive motions. (ECF No 41 at 1).

Consistent with the May 1, 2018 order (ECF No. 34), Local Rule 26-1(b)(5) provides that when a party files a dispositive motion, the deadline for the joint pretrial order is suspended until thirty (30) days after a ruling on the motion. Given that both parties have filed dispositive motions in the matter, the parties' request for extension of time is unnecessary, and therefore denied as moot.

ACCORDINGLY,

IT IS SO ORDERED the parties' stipulation for extension of time is DENIED AS MOOT.

DATED this 14th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE