Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>Defendant. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR RECONSIDERATION**<br><br>**[FIRST REQUEST]** |

Plaintiff Troy A. Garcia ("Plaintiff") and Defendant Specialized Loan Servicing LLC ("SLS"), by and through their counsel of record hereby move jointly to extend Plaintiff's deadline seven days (7) to respond to SLS' Motion for Reconsideration.

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR RECONSIDERATION[FIRST REQUEST] - 1

On April 16, 2019, SLS filed a Motion for Reconsideration [ECF Dkt. 68]. Plaintiff and SLS have agreed to extend Plaintiff's response seven days in order to allow Plaintiff's counsel more time to complete a heavy briefing schedule. As a result, both Plaintiff and SLS hereby request this Court to further extend the date for Plaintiff to respond to SLS' Motion for Reconsideration until **May 7, 2019**. This joint motion is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated May 2, 2019.

| **KNEPPER & CLARK LLC** | **GREENBERG TRAURIG, LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jacob D. Bundick* |
| Matthew I. Knepper, Esq. | Jacob D. Bundick, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9772 |
| Miles N. Clark, Esq. | Michael R. Hogue, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12400 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, NV 89129 | Las Vegas, NV 89135 |
| Email: matthew.knepper@knepperclark.com | Email: bundickj@gtlaw.com |
| Email: miles.clark@knepperclark.com | Email: hoguem@gtlaw.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Specialized Loan Servicing LLC* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

<u>**ORDER GRANTING**
**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**
**SLS' MOTION FOR RECONSIDERATION**</u>

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of May, 2019.

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR RECONSIDERATION[FIRST REQUEST] - 2