JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
hoguem@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC TO SUBMIT ITS REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION** |

Plaintiff, Troy A. Garcia ("Plaintiff"), and Defendant, Specialized Loan Servicing, LLC ("SLS"), by and through their respective counsel of record, hereby jointly move to extend SLS's deadline by nine (9) days to submit SLS's Reply in support of its Motion for Reconsideration [ECF No. 68].

SLS filed a Motion for Reconsideration [ECF No. 68] on April 16, 2019, and Plaintiff filed his Response thereto [ECF No. 78] on May 4, 2019. The parties agree to extend the deadline for SLS to submit its reply by nine (9) days due to SLS's counsel's out-of-town travel, thus extending the deadline for SLS to submit its Reply in support of its Motion for Reconsideration

/ / /

Page 1 of 2

ACTIVE 42902551v3

from May 11, 2019 (a Saturday) to May 20, 2019. The parties submit that this stipulation is made in good faith and not for purposes of delay.

DATED this 10th day of May, 2019.

| **GREENBERG TRAURIG, LLP** | **KNEPPER & CLARK, LLC** |
|---|---|
| /s/ Jacob D. Bundick | /s/ Miles N. Clark |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>MICHAEL R HOGUE, ESQ.<br>Nevada Bar No. 12400<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Counsel for Defendant*<br>*Specialized Loan Servicing, LLC* | MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>10040 West Cheyenne Avenue, Suite 170-109<br>Las Vegas, Nevada 89129<br><br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>**HAINES & KRIEGER LLC**<br>8985 South Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Counsel for Plaintiff* |

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

ACTIVE 42902551v3

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)