JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       hoguem@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**SECOND STIPULATION TO CONTINUE DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |

COME NOW, Plaintiff Troy A. Garcia ("Plaintiff") and Defendant Specialized Loan Servicing, LLC ("Defendant"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

1. On May 14, 2018, Defendant filed its Motion for Summary Judgment [ECF No. 35] ("Defendant's Motion").

2. On May 14, 2018, Plaintiff filed his Motion for Partial Summary Judgment [ECF No. 37] ("Plaintiff's Motion" and, collectively with Defendant's Motion, the "Motions").

3. After the parties completed briefing on the Motions, the Court conducted oral argument on September 21, 2018, and took the Motions under submission.

4. On March 21, 2019, the Court entered an order granting in part and denying in part Defendant's Motion, denying Plaintiff's Motion, and directing the parties to submit a Joint Pretrial Order by April 24, 2019 [ECF No. 67]

5. On April 16, 2019, Defendant filed a Motion for Reconsideration of the Court's order [ECF No. 70].

6. On May 4, 2019 Plaintiff to file his response to the Motion for Reconsideration.

7. On May 20, 2019 Defendant filed its reply in support of the Motion for Reconsideration.

8. The Parties have engaged in some settlement conversations, although a settlement has not been reached.

9. Lead Counsel for Plaintiff will be on an extended vacation outside of the United States from July 3-12. Counsel for SLS has a heavy travel and trial schedule.

10. The parties have met and conferred via email on the pretrial deadline. SLS believes that the issues raised in the Motion for Reconsideration, may substantially impact the issues to be decided at trial, and to allow the Court an opportunity to consider the motion and any oral argument heard, it is the best interests of the parties and judicial economy to continue the deadline to submit a Joint Pretrial Order by thirty (30) days from July 23, 2019 to August 23, 2019. As noted in Plaintiff's opposition to SLS's Motion for Reconsideration, Plaintiff believes that reconsideration should be denied, such that adjudication on the motion will not limit the issues remaining for trial. Regardless, Plaintiff has no objection to a brief extension of the pretrial deadlines due to the parties' prior commitments and briefing schedules. Therefore, the parties are in agreement that an extension is warranted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1. 11. This stipulation is submitted in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2019.  |  DATED this 28th day of June, 2019.

GREENBERG TRAURIG, LLP  |  KNEPPER & CLARK LLC

*/s/    Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

*/s/    Miles N. Clark*
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148

DAVID H. KRIEGER, ESQ.
HAINES & KRIEGER, LLC
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Counsel for Plaintiff Troy A. Garcia*

**ORDER**

IT IS HEREBY ORDERED that the Joint Pretrial Order is due by August 23, 2019.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 7-1-2019

ACTIVE 43062020v1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on June 28, 2019, a copy of the foregoing **SECOND STIPULATION TO CONTINUE DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

| **Attorneys for Plaintiff, Troy A. Garcia** |
| --- |
| Matthew I. Knepper, Esq. |
| Miles N. Clark, Esq. |
| Knepper & Clark |
| 5510 S. Fort Apache Road, Suite 30 |
| Las Vegas, NV 89148 |
| Matthew.knepper@knepperclark.com |
| Miles.clark@knepperclark.com |
| |
| David H. Krieger |
| Haines & Krieger, LLC |
| 8985 S. Eastern Avenue, Suite 350 |
| Henderson, NV 89123 |
| dkrieger@hainesandkrieger.com |

*/s/ Megan L. Sheffield*
An employee of GREENBERG TRAURIG, LLP

ACTIVE 43062020v1