JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       hoguem@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**FOURTH STIPULATION TO CONTINUE DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |

    COME NOW, Plaintiff, Troy A. Garcia ("Plaintiff"), and Defendant, Specialized Loan Servicing, LLC ("SLS" or "Defendant"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

    1.    On May 14, 2018, Defendant filed its Motion for Summary Judgment [ECF No. 35] ("Defendant's Motion").

    2.    On May 14, 2018, Plaintiff filed his Motion for Partial Summary Judgment [ECF No. 37] ("Plaintiff's Motion" and, collectively with Defendant's Motion, the "Motions").

    3.    After the parties completed briefing on the Motions, the Court conducted oral argument on September 21, 2018, and took the Motions under submission.

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ADMIN 35914634v1

4. On March 21, 2019, the Court entered an Order granting in part and denying in part Defendant's Motion, denying Plaintiff's Motion, and directing the parties to submit a Joint Pretrial Order by April 24, 2019 [ECF No. 67].

5. On April 16, 2019, Defendant filed a Motion for Reconsideration of the Court's Order [ECF No. 70].

6. On May 4, 2019, Plaintiff filed his response to the Motion for Reconsideration.

7. On May 20, 2019, Defendant filed its reply in support of the Motion for Reconsideration [ECF No. 81].

8. The Parties have engaged in settlement conversations, although a settlement has not been reached. The parties continue to discuss potential resolution.

9. Counsel for SLS is scheduled to begin trial the second week of August, and potentially will have another trial scheduled for the first or third week of November. Counsel for Plaintiff has a trial presently scheduled to begin on November 12, 2019, which should last several days.

10. The parties have met and conferred via email on the pretrial deadline. SLS believes that the issues raised in the Motion for Reconsideration may substantially impact the issues to be decided at trial, and to allow the Court an opportunity to consider the motion and any oral argument heard, it is the best interests of the parties and judicial economy to continue the deadline to submit a Joint Pretrial Order from October 14, 2019 to November 22, 2019. As noted in Plaintiff's opposition to SLS's Motion for Reconsideration, Plaintiff believes that reconsideration should be denied, such that adjudication on the Motion will not limit the issues remaining for trial. Regardless, Plaintiff has no objection to an extension of the pretrial deadlines. Therefore, the parties are in agreement that an extension is warranted.

/ / /

/ / /

/ / /

/ / /

/ / /

ADMIN 35914634v1

11. This stipulation is submitted in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 2nd day of October, 2019.

**GREENBERG TRAURIG, LLP**

/s/Jacob D. Bundick
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

DATED this 2nd day of October, 2019.

**KNEPPER & CLARK LLC**

/s/Miles N. Clark
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff Troy A. Garcia*

## ORDER

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the Joint Pretrial Order must be filed on or before November 22, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2019

3

ADMIN 35914634v1