JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
hoguem@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**FIFTH STIPULATION TO CONTINUE DEADLINE TO SUBMIT JOINT PRETRIAL ORDER** |

COME NOW, Plaintiff, Troy A. Garcia ("Plaintiff"), and Defendant, Specialized Loan Servicing, LLC ("SLS" or "Defendant"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

1. On May 14, 2018, Defendant filed its Motion for Summary Judgment [ECF No. 35] ("Defendant's Motion").

2. On May 14, 2018, Plaintiff filed his Motion for Partial Summary Judgment [ECF No. 37] ("Plaintiff's Motion" and, collectively with Defendant's Motion, the "Motions").

3. After the parties completed briefing on the Motions, the Court conducted oral argument on September 21, 2018, and took the Motions under submission.

4. On March 21, 2019, the Court entered an order granting in part and denying in part Defendant's Motion, denying Plaintiff's Motion, and directing the parties to submit a Joint Pretrial Order by April 24, 2019 [ECF No. 67].

5. On April 16, 2019, Defendant filed a Motion for Reconsideration of the Court's order [ECF No. 70].

6. On May 4, 2019 Plaintiff filed his response to the Motion for Reconsideration.

7. On May 20, 2019 Defendant filed its reply in support of the Motion for Reconsideration [ECF No. 81].

8. The Parties have engaged in settlement conversations, although a settlement has not been reached. The parties continue to discuss potential resolution.

9. The parties have met and conferred via email on the pretrial deadline. SLS believes that the issues raised in the Motion for Reconsideration may substantially impact the issues to be decided at trial, and to allow the Court an opportunity to consider the motion and any oral argument heard, it is the best interests of the parties and judicial economy to continue the deadline to submit a Joint Pretrial Order from November 22, 2019 to February 3, 2020. SLS believes the Court will rule on the pending Motion for Reconsideration prior to the extended deadline. As noted in Plaintiff's opposition to SLS's Motion for Reconsideration, Plaintiff believes that reconsideration should be denied, such that adjudication on the motion will not limit the issues remaining for trial. Regardless, Plaintiff has no objection to an extension of the pretrial deadlines. Therefore, the parties are in agreement that an extension is warranted. The Parties do not presently anticipate submitting any further stipulation for an additional extension absent unforeseen circumstances.

///
///
///
///
///
///
///

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

10. This stipulation is submitted in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 1st day of November, 2019.   DATED this 1st day of November, 2019.

**GREENBERG TRAURIG, LLP**   **KNEPPER & CLARK LLC**

/s/Michael Hogue   /s/Miles N. Clark
JACOB D. BUNDICK, ESQ.   MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 9772   Nevada Bar No. 12796
MICHAEL HOGUE, ESQ.   MILES N. CLARK, ESQ.
Nevada Bar No. 12400   Nevada Bar No. 13848
10845 Griffith Peak Drive, Suite 600   5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89135   Las Vegas, NV 89148

*Counsel for Defendant*   DAVID H. KRIEGER, ESQ.
*Specialized Loan Servicing, LLC*   Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff Troy A. Garcia*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2019

3

ACTIVE 46890561v1