Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TROY A. GARCIA<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC; AMERICAN HONDA FINANCE CORP.; TOYOTA FINANCIAL SERVICES; WELLS FARGO CARD SERVICES; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01721-RFB-VCF<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

Defendant American Honda Finance Corporation, hereby moves this Honorable Court for an order removing Chad C. Butterfield, Esq., of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, from the service list of counsel in this matter. A Stipulation of Dismissal of American Honda Finance Corporation was entered by the Court on December 18, 2017. (ECF No. 28.)

DATED this 11th day of November, 2019.

              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

              BY: */s/ Chad C. Butterfield*
                 Chad C. Butterfield, Esq.
                 Nevada Bar No. 010532
                 300 South Fourth Street, 11th Floor
                 Las Vegas, Nevada 89101
                 *Attorneys for Defendant*
                 *AMERICAN HONDA FINANCE CORPORATION*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-12-2019

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 11th day of November, 2019, I did cause a true copy of the foregoing **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST** to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 580-5554<br>Fax: (702) 385-5518<br>dkrieger@hainesandkrieger.com<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, Nevada 89148<br>Phone: (702) 825-6060<br>Fax: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | Jacob D. Bundick, Esq.<br>Michael Hogue, Esq.<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Ste. 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>bundickj@gtlaw.com<br>huguem@gtlaw.com<br>*Counsel for Defendant*<br>*Specialized Loan Servicing, LLC* |

BY: */s/ Lani Maile*
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1365848V.1